

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re William R. Norton

No. 06-19-00087-CV

Original Mandamus Proceeding

Opinion delivered by Justice Stevens, Justice Carter* and Justice Moseley** participating.    Concurring Opinion by Justice Carter.    *Justice Carter, Retired, Sitting by Assignment.  **Justice Moseley, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find that Relator's petition for writ of mandamus should be conditionally granted, and we direct the trial court to vacate its August 21, 2019, order granting a new trial.  The writ of mandamus will issue only if the trial court fails to comply.

RENDERED FEBRUARY 21, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk